FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT 20   2 29 PM '03

U.S. DISTRICT COURT
NEW HAVEN

CHRISTOPHER ROBINSON                :   CIVIL ACTION NO. 3:02CV1470(GLG)
    *Plaintiff*                               :
                                              :
v.                                  :
                                              :
ROSETTA JONES,                      :
    *Defendant*                              :   November 19, 2003

## DEFENDANT'S UNOPPOSED MOTION
## FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW, the defendant, Rosetta Jones, with concurrence of opposing counsel, requesting an order to modify the existing Scheduling Order to extend the time for discovery sixty (60) days and filing of dispositive motions seventy five (75) days to February 1, 2004 and March 16, 2004, respectively. In support of its motion, the defendant, through counsel, represents the following:

1.    The current Scheduling Order has set the discovery deadline for December 1, 2003 and deadline for dispositive motions for January 1, 2004. (Endorsement 10-1, dated January 17, 2003).

2.    The undersigned had noticed the deposition of the plaintiff, Christopher Robinson, for November 21, 2003 but due to an unforeseen scheduling conflict that made plaintiff counsel unavailable, the deposition has to be rescheduled.

3.    The undersigned due to a heavy caseload that includes the filing of a summary judgment in a federal lawsuit, addressing 20 related matters before the CHRO involving former blind employees of BESB and other pressing litigation, has consulted with opposing counsel

regarding noticing the deposition of the plaintiff and by agreement the deposition will not be renoticed until January 2004.

4.      The undersigned is scheduled to begin a week-long jury trial in federal court in New Haven in early December 2003 that will consume the majority of defendant counsel's time during this timeframe.

5.      During the timeframe relevant to this matter, defendant's counsel has been serving in the capacity as acting department head of the Attorney General's Office Employment Rights Department inasmuch as the department head, Assistant Attorney General Margaret Q. Chapple, has been out on extended medical leave and the next senior member, Assistant Attorney General Beth Z. Margulies, who was to serve in AAG Chapple's stead, was involved with a two-week jury trial in New Haven Superior Court and was unable to assume those duties.

6.      This is the defendant's first request to modify the current Scheduling Order.

7.      Pursuant to Local Rule 7(b), the undersigned has contacted opposing counsel, John R. Williams, Esq., and he has no objection to this motion.

WHEREFORE, the defendant respectfully requests a modification of the Scheduling Order, extending the discovery deadline to February 1, 2004 and for filing of dispositive motions to March 16, 2004.

DEFENDANT
ROSETTA JONES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:

Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5385
E-mail: Edward.Osswalt@po.state.ct.us

## CERTIFICATION

I hereby certify that the foregoing Defendant's Unopposed Motion to Modify Scheduling

Order was mailed first class, postage pre-paid, on this 19th day o November, 2003 to the

following:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

Edward F. Osswalt
Assistant Attorney General

3