UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CHRISTOPHER ROBINSON : CIVIL ACTION NO. 3:02CV1470(GLG)
*Plaintiff* :
:
v. :
:
ROSETTA JONES, :
*Defendant* : November 19, 2003

**DEFENDANT'S UNOPPOSED MOTION
FOR MODIFICATION OF SCHEDULING ORDER**

COMES NOW, the defendant, Rosetta Jones, with concurrence of opposing counsel, requesting an order to modify the existing Scheduling Order to extend the time for discovery sixty (60) days and filing of dispositive motions seventy five (75) days to February 1, 2004 and March 16, 2004, respectively. In support of its motion, the defendant, through counsel, represents the following:

1. The current Scheduling Order has set the discovery deadline for December 1, 2003 and deadline for dispositive motions for January 1, 2004. (Endorsement 10-1, dated January 17, 2003).

2. The undersigned had noticed the deposition of the plaintiff, Christopher Robinson, for November 21, 2003 but due to an unforeseen scheduling conflict that made plaintiff counsel unavailable, the deposition has to be rescheduled.

3. The undersigned due to a heavy caseload that includes the filing of a summary judgment in a federal lawsuit, addressing 20 related matters before the CHRO involving former blind employees of BESB and other pressing litigation, has consulted with opposing counsel

Motion GRANTED on consent.
11/24/03
Gerard L. Goettel, USDJ