UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(GLG) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | February 27, 2004 |

## DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER, NUNC PRO TUNC

COMES NOW, the defendant, Rosetta Jones, requesting an order to modify the existing Scheduling Order to extend the time for discovery and filing of dispositive motions ninety (90) days to May 3, 2004 and June 18, 2004, respectively. In support of her motion, the defendant, through counsel, represents the following:

1. The current Scheduling Order has set the discovery deadline for February 1, 2004 and deadline for dispositive motions for March 16, 2004. (Doc. # 14).

2. The plaintiff's deposition has been noticed twice, but due to scheduling conflicts and the unavailability of counsel from plaintiff's law firm, the deposition has yet to be taken. The defendant, through counsel, is desirous of taking plaintiff's deposition at a minimum.

3. The defendant's counsel has been hampered by the press of business, including the filing of a Second Circuit Court of Appeals brief in the matter of Lyon v. Jones, et al, Docket No. 03-7671, on December 22, 2003; illness of the undersigned; the protracted illness of AAG Margaret Q. Chapple in the undersigned's department, which illness required the undersigned to devote considerable time and attention to office administrative matters not normally required.

4.  The undersigned has a heavy caseload beginning the first week of the month of March, 2004, including, but not limited to:

* Oral argument in <u>Smedberg v. Dept. of Transportation</u>, 3:03CV1178(JCH) before Honorable U.S. District Court Judge Janet C. Hall on March 5, 2004;

* A two to three-day trial in State Court in <u>Woods v. Dept. of Public Works</u>, CV 01-0812043S starting on March 18, 2004;

* Oral argument before the Second Circuit Court of Appeals in <u>Lyon v. Jones, et al.</u>, No. 03-7671, scheduled for March 23, 2004;

* A week-long public hearing before the Connecticut Commission on Human Rights and Opportunities scheduled to start the week of April 5, 2004 in <u>Matson v. Dept. of Mental Health & Addiction Services</u>, CHRO No. 9930311.

5.  The undersigned has additional federal and state matters that also require immediate attention.

6.  The undersigned apologizes to the court for the undue delay in filing this immediate motion and respectfully requests the indulgence of the court.

7.  This is the defendant's second request to modify the Scheduling Order.

8.  Pursuant to Local Rule 7(b), the undersigned caused opposing counsel, John R. Williams, Esq., to be contacted at 1:24 p.m. this date with the particulars of the instant motion. However, at the time of mailing this motion at 4:30 p.m., Attorney Williams had been not able to respond.

WHEREFORE, the defendant respectfully requests a modification of the Scheduling Order, extending the discovery deadline to May 3, 2004 and for filing of dispositive motions to June 18, 2004.

          DEFENDANT
          ROSETTA JONES

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
          Edward F. Osswalt
          Assistant Attorney General
          Federal Bar No. ct15252
          55 Elm Street, P.O. Box 120
          Hartford, CT 06141-0120
          Tel.: (860) 808-5340
          Fax: (860) 808-5383
          E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendant's Motion to Modify Scheduling Order was mailed first class, postage pre-paid, on this 27th day of February, 2004 to the following:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

_____
Edward F. Osswalt
Assistant Attorney General