UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
MAR 3  3 13 PM '04
U.S. DISTRICT COURT
NEW HAVEN CT

| | |
|---|---|
| CHRISTOPHER ROBINSON<br>*Plaintiff* | : CIVIL ACTION NO. 3:02CV1470(GLG)<br>:<br>: |
| v. | : |
| ROSETTA JONES,<br>*Defendant* | :<br>: MARCH 1, 2004 |

**DEFENDANT'S SUPPLEMENTAL REPRESENTATION
RE: POSITION OF COUNSEL RE: FEBRUARY 27, 2004
<u>MOTION TO REOPEN SCHEDULING ORDER</u>**

The undersigned, counsel for the defendant, respectfully represents as follows:

1. By motion dated February 27, 2004, the defendant, through undersigned counsel, moved to reopen the scheduling order and extend the dates for discovery (<u>nunc pro tunc</u>) and filing of dispositive motions as more particularly set forth therein.

2. In said motion the undersigned represented that opposing counsel, John R. Williams, Esq., had been contacted but had not responded as of the time of mailing of the motion on February 27, 2004.

3. This date, March 1, 2004, the undersigned was forwarded Attorney Williams' e-mail response directed to Leonard Auster of the Attorney General's Office which Attorney Williams apparently sent on February 27, 2004 in which plaintiff's counsel sets forth his non-agreement with defendant's motion to reopen scheduling order dated February 27, 2004.

DEFENDANT
ROSETTA JONES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*

Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendant's Supplemental Representation Re:

Position of Counsel RE: February 27, 2004 Motion to Reopen Scheduling Order was mailed

first class, postage pre-paid, on this 1st day of March, 2004 to the following:

John Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

*[signature]*

Edward F. Osswalt
Assistant Attorney General

2