UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER ROBINSON | : |
| VS. | : NO. 3:02CV1470(GLG) |
| ROSETTA JONES | : MARCH 7, 2004 |

<u>MEMORANDUM IN OPPOSITION TO MOTION FOR EXTENSION OF TIME</u>

The plaintiff respectfully objects to the defendant's request for an extension of time in this case for the reason that this matter now has been pending more than a year and it is time to go to trial.

Respectfully submitted,

_____

John R. Williams
Williams and Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
FAX: 203.776.9494
Federal Bar No. ct00215
His Attorney

CERTIFICATION

_____This is to certify that a copy of the foregoing was mailed, first class mail,

postage prepaid, on March 8, 2004, to the following counsel of record:

Edward F. Osswalt, Esq.
Assistant Attorney General
P.O. Box 120
Hartford, CT 06141


_____
John R. Williams