**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------X
CHRISTOPHER ROBINSON,               :
                                    :
        Plaintiff,                  :           ORDER
                                    :
     -against-                      :
                                    :       3: 02 CV 1470 (GLG)
                                    :
ROSETTA JONES,                      :
                                    :
        Defendant.                  :
------------------------------------X
```

Defendant's Motion for Modification of the Scheduling Order [Doc. #15] is **granted**.  The deadlines are as follows:

- Discovery completed    May 3, 2004
- Dispositive Motions    June 18, 2004

**SO ORDERED.**

**Dated:   March 17, 2004**
**         Waterbury, CT**                    /s/
                                   **Gerard L. Goettel**
                                        **U.S.D.J.**