UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | June 14, 2004 |

### DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

COMES NOW, the defendant, Rosetta Jones, requesting an order to modify the existing Scheduling Order to extend the time for discovery and filing of dispositive motions sixty (60) days to July 9, 2004 and August 18, 2004, respectively. In support of her motion, the defendant, through counsel, represents the following:

1. This matter was recently transferred from Judge Gerald L. Goettel's docket. The current Scheduling Order has set the discovery deadline for May 3, 2004 and deadline for dispositive motions for June 18, 2004. (Doc. # 18, March 17, 2004).

2. Due to a heavy caseload of defendant's counsel, and scheduling conflicts of both plaintiff and defendant's counsel, the deposition of the plaintiff has not taken place. The plaintiff's deposition has been noticed twice, but due to scheduling conflicts and the unavailability of counsel from plaintiff's law firm, the deposition has yet to be taken. The defendant, through counsel, is desirous of taking plaintiff's deposition at a minimum. A re-notice of deposition has been issued scheduling plaintiff's deposition for June 30, 2004.

3. The undersigned has additional federal and state matters that also require immediate attention.

4. The undersigned apologizes to the court for the undue delay in filing this motion and respectfully requests the indulgence of the Court.

5. This is the defendant's third request to modify the Scheduling Order.

6. Pursuant to Local Rule 7(b), the undersigned attempted to contacted opposing counsel, John R. Williams, Esq., by e-mail. There was electronic receipt of the e-mail but at the time of mailing this motion at 4:30 p.m., Attorney Williams had not responded, therefore his position on this motion was not ascertained.

WHEREFORE, the defendant respectfully requests a modification of the Scheduling Order, extending the discovery deadline to July 9, 2004 and for filing of dispositive motions to August 18, 2004.

>DEFENDANT
>ROSETTA JONES
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL

BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendant's Motion to Modify Scheduling Order was mailed first class, postage pre-paid, on this 14th day of June, 2004 to the following:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

_____
Edward F. Osswalt
Assistant Attorney General