UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | June 15, 2004 |

## SUPPLEMENT TO DEFENDANT'S MOTION FOR MODIFICATION OF SCHEDULING ORDER

The undersigned supplements the Motion for Modification of Scheduling Order, dated June 14, 2004 by stating that plaintiff's counsel John R. Williams, Esq., represented that he has no objection to the motion. This is a clarification of ¶ 6 of said pleading inasmuch as the motion was prematurely mailed.

        DEFENDANT
        ROSETTA JONES

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Edward F. Osswalt
        Assistant Attorney General
        Federal Bar No. ct15252
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel.: (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Edward.Osswalt@po.state.ct.us

**CERTIFICATION**

I hereby certify that the foregoing Supplement to Defendant's Motion to Modify Scheduling Order was mailed first class, postage pre-paid, on this 15th day of June, 2004 to the following:

    John R. Williams, Esq.
    Williams & Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT  06510
    Tel.: (203) 562-9931
    Fax: (203) 776-9494

_____
Edward F. Osswalt
Assistant Attorney General