## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **CHRIS ROBINSON,** : | |
| Plaintiff : | **3:02CV1470(CFD)** |
| : | |
| **VS.** : | |
| : | |
| **ROSETTA JONES,** : | **JULY 8, 2004** |
| Defendant : | |

## A P P E A R A N C E

*To the Clerk of this Court and all parties of record:*

Please enter my appearance as counsel in this case for the Plaintiff, Chris Robinson .

July 8, 2004
Date                                                        KIM COLEMAN WAISONOVITZ

Fed Bar No. ct25759
Connecticut Bar Number                        Williams and Pattis, LLC
                                                              51 Elm Street, Suite 409
(203) 562.9931                                       New Haven, CT 06510
Phone Number                                       Telephone (203) 562-9931

(203) 776-9494
Fax Number

kwaisonovitz@johnrwilliams.com
E-mail address

## CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Edward F. Osswalt, Esq., Assistant Attorney General, P.O. Box 120, Hartford, CT 06141.

_____
KIM COLEMAN WAISONOVITZ