UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER ROBINSON | : |
| VS. | :   NO. 3:02CV1470(CFD) |
| ROSETTA JONES | :   JULY 26, 2004 |

## STATUS REPORT

*A.   NATURE OF THE CASE*

   **1.   Nature of the Matter, Parties, Relief Requested, Relationship to Other Pending Actions**

This is a Section 1983 action by a Connecticut Corrections Officer against the former Warden of the prison where he was employed. It alleges retaliation for his exercise of protected speech and associational rights, in violation of the First Amendment. The plaintiff seeks compensatory and punitive damages.

   **2.   Pending Motions**

None.

   **3.   Court or Jury**

Jury.

1

**B.    STATUS OF DISCOVERY**

The defendant has just deposed the plaintiff.

**C.    SETTLEMENT**

    **1.    Date of Last Settlement Conference and Who Conducted It**

None.

    **2.    Outstanding Reports Due**

None.

    **3.    Whether A Settlement Conference Should Be Conducted Now**

Yes.

**D.    TRIAL PREPARATION**

    **1.    When Case Will Be Ready For Trial**

The case will be ready for trial by the end of this year.

    **2.    Additional Preparation Required**

Some additional discovery is all that would be required.

    **3.    Nature of Additional Pleadings to be Filed**

Defendant is considering whether she has adequate grounds for any dispositive motions.

### 4. Date Joint Trial Memorandum is Due

September 18, 2004, or thirty days after the court rules on any dispositive motion which the defendant may file on or before August 18, 2004.

        THE PLAINTIFF

        BY:_____
           JOHN R. WILLIAMS
           Federal Bar No. ct00215
           51 Elm Street
           New Haven, CT 06510
           203/562-9931
           FAX: 203/776-9494
           E-Mail: jrw@johnrwilliams.com
           His Attorney

        THE DEFENDANT

        BY:_____
           EDWARD F. OSSWALT
           Federal Bar No. 15252
           Assistant Attorney General
           P. O. Box 120
           Hartford, CT 06141-0120
           860.808.5340
           Fax: 860.808.5385
           E-Mail: Edward.Osswalt@po.state.ct.us
           Her Attorney