UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | August 13, 2004 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT

COMES NOW, the defendant, Rosetta Jones, through counsel requesting an extension of time to and including September 20, 2004 in which to file its dispositive motion in the above-captioned matter. In support of her motion, the defendant, through counsel, represents the following:

1. The current Scheduling Order has set the deadline for dispositive motions for August 18, 2004 (Doc. # 24, July 22, 2004).

2. The defendant has been out of the country for a period of time and only returned recently. The undersigned represents he needs additional time in which to contact the defendant and prepare an affidavit in support of defendant's dispositive motion.

3. The undersigned has been diligently preparing the summary judgment papers and while it is near completion requires the additional time requested to assure that all areas of the plaintiff's complaint have been addressed.

4. The plaintiff will not be prejudiced by any delay in defendant's filing of its summary judgment motion.

     5.    Pursuant to Local Rule 7(b), the undersigned contacted the law firm representing the plaintiff and they have no objection to this motion.

     6.    On June 15, 2004, the defendant moved for an extension of discovery period to July 9, 2004 and the time for filing dispositive motions to August 18, 2004 (Dkt No. 20) which was granted by the Court (Dkt. No. 24). Discovery is complete but the unforeseen absence of defendant requires this motion.

     WHEREFORE, the defendant respectfully requests an extension of time to and including September 20, 2004 in which to file its dispositive motion.

                              DEFENDANT
                              ROSETTA JONES

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY: _____
       Edward F. Osswalt
       Assistant Attorney General
       Federal Bar No. ct15252
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-0120
       Tel.: (860) 808-5340
       Fax: (860) 808-5383
       E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendant's Motion for Extension of Time to File Summary Judgment was mailed first class, postage pre-paid, on this the 13th day of August, 2004 to the following:

> John R. Williams, Esq.
> Williams & Pattis, LLC
> 51 Elm Street, Suite 409
> New Haven, CT  06510
> Tel.: (203) 562-9931
> Fax: (203) 776-9494

_____
Edward F. Osswalt
Assistant Attorney General