UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | September 14, 2004 |

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT

COMES NOW, the defendant, Rosetta Jones, through counsel requesting an extension of time to and including October 5, 2004 in which to file its dispositive motion in the above-captioned matter. In support of this motion, the defendant, through counsel, represents the following:

1. The current Scheduling Order has set the deadline for dispositive motions for September 20, 2004 (Doc. # 27, August 19, 2004).

2. The undersigned began a week-long public hearing in Dako-Smith v. DMHAS,, CHRO # 0020228 before the Connecticut Commission on Human Rights & Opportunities on Monday, September 13, 2004 which has taken the majority of defendant counsel's time prior to the hearing's inception.

3. The undersigned has in the time span addressed been diligently preparing the summary judgment papers and, while it is near completion, requires the additional time requested to assure that all areas of the plaintiff's complaint have been addressed.

    4.    The plaintiff will not be prejudiced by any delay in defendant's filing of its summary judgment motion.

    5.    Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, John R. Williams, Esq., and he has NO OBJECTION to this motion.

    6.    This is the defendant's second request for an extension of time to file summary judgment.

WHEREFORE, the defendant respectfully requests an extension of time to and including October 5, 2004 in which to file its dispositive motion.

DEFENDANT
ROSETTA JONES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Edward.Osswalt@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that the foregoing Defendant's Unopposed Motion for Extension of Time to File Summary Judgment was mailed first class, postage pre-paid, on this the 14th day of September, 2004 to the following:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

                                                                                            _____
                                                                                            Edward F. Osswalt
                                                                                            Assistant Attorney General