**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | October 6, 2004 |

### DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME NUNC PRO TUNC TO FILE SUMMARY JUDGMENT

COMES NOW, the defendant, Rosetta Jones, through counsel requesting a short extension of time to and including October 13, 2004 in which to file its dispositive motion in the above-captioned matter. In support of this motion, the defendant, through counsel, represents the following:

1. The current Scheduling Order has set the deadline for dispositive motion for October 5, 2004 (Doc. # 29, October 4, 2004).

2. The defendant is retired from state service, was away on vacation for an extended period of time and the undersigned has had difficulty in communicating with her and arranging for an affidavit to be attached to a summary judgment motion to be signed.

3. The supporting documentation in support of summary judgment, i.e., memorandum and Local Rule 56(a), is 95 percent complete and the undersigned apologizes to the Court for the undue delay in filing the dispositive motion.

4. The undersigned began a week-long public hearing in Dako-Smith v. DMHAS,, CHRO # 0020228 before the Connecticut Commission on Human Rights & Opportunities on

Monday, September 13, 2004.  The public hearing is spread out over a matter of weeks and has taken a good chunk of the undersigned's attention over a considerable length of time.  The undersigned reiterates his apology to the Court for the delay.  The undersigned requires the additional time requested to assure that all areas of the plaintiff's complaint have been addressed.

5.     The plaintiff will not be prejudiced by any delay in defendant's filing of its summary judgment motion.

6.     Pursuant to Local Rule 7(b), the undersigned contacted plaintiff's counsel, John R. Williams, Esq., previously on or about September 14, 2004 in connection with defendant's earlier motion for an extension through October 5, 2004 (Doc. # 28) and he made representation to the undersigned, "to take as much time as needed to file a dispositive motion."

7.     This request for an extension of one week (four business days) is the defendant's third request for an extension of time to file summary judgment in this matter.

WHEREFORE,  the defendant respectfully requests a short extension of time to and including October 13, 2004 in which to file its dispositive motion.

DEFENDANT
ROSETTA JONES

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Edward F. Osswalt
Assistant Attorney General
Federal Bar No. ct15252
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendant's Unopposed Motion for Extension of Time

Nunc Pro Tunc to File Summary Judgment was mailed first class, postage pre-paid, on this the

6th day of October, 2004 to the following:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

_____
Edward F. Osswalt
Assistant Attorney General

3