UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | OCTOBER 13, 2004 |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure the defendant, Rosetta Jones, respectfully moves for summary judgment. There are no genuine issues or disputes as to material fact and the defendant is entitled to judgment as a matter of law for the following reasons:

A. Judgment should enter for the defendant on plaintiff's First Amendment claim because plaintiff's associational activity/speech did not touch upon a matter of public concern;

B. Even if the plaintiff's associational activity/speech could be deemed to touch upon a matter of public concern, plaintiff has not demonstrated a causal connection between such protected activity/speech and any adverse employment action;

C. To the extent that plaintiff purports to raise an Equal Protection claim, judgment should enter for the defendant because plaintiff may not predicate such claim on violation of the First Amendment and, further, plaintiff fails to provide sufficient evidence that reasons for actions taken in conjunction with plaintiff's claimed

protected activity were not reasonable and rational and because plaintiff has not demonstrated that similarly situated individuals were treated differently;

D.   Plaintiff fails to demonstrate the defendant Rosetta Jones's personal involvement in any alleged constitutional deprivation;

E.   The defendant Rosetta Jones is entitled to the defense of qualified immunity from any claim brought by plaintiff for money damages.

In support of her motion, the defendant herewith submits the following:

1.   Memorandum of Law;

2.   Local Rule 56(a)(1) Statement of Material Facts Not In Dispute;

3.   Deposition transcript of Christopher Robinson;

4.   Deposition Exhibits 3 through 14;

5.   Pertinent unreported case law relied upon.

WHEREFORE, the defendant respectfully requests that her Motion for Summary Judgment be granted.

                                                DEFENDANT
                                                ROSETTA JONES

                                                RICHARD BLUMENTHAL
                                                ATTORNEY GENERAL

BY:   _____
        Edward F. Osswalt
        Assistant Attorney General
        Federal Bar No. ct15252
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel.: (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendant's Motion for Summary Judgment was mailed first class, postage pre-paid, on this 13th day of October, 2004 to the following:

John Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

_____
Edward F. Osswalt
Assistant Attorney General