UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | October 13, 2004 |

**INDEX OF EVIDENCE IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit 1   Transcript of Deposition of Christopher Robinson, dated July 9, 2004, with exhibits;

    Deposition Exhibit 3A   Plaintiff's Responses to Defendants' Discovery, dated April 10, 2003;

    Deposition Exhibit 4   Letter dated October 23, 1998 from Rose Jones to Robinson;

    Deposition Exhibit 5   Pages 4 and 5 of Incident Report # 00-08-32, dated September 1, 2000;

    Deposition Exhibit 6   Incident Report # 00-09-03, dated September 11, 2000;

    Deposition Exhibit 7   Grievance Form, dated March 10, 2000;

    Deposition Exhibit 8   Letter dated September 22, 2000 from Jones to Robinson;

    Deposition Exhibit 9   Letter dated November 3, 2000 from Daniel Martin to Robinson;

    Deposition Exhibit 10   Letter dated September 1, 2000 from Jones to Robinson;

    Deposition Exhibit 11   Letter dated October 2, 2000 from Martin to Robinson;

    Deposition Exhibit 12   Memorandum dated October 5, 2000 from Captain W. Ford/ Lt. Faucher to Robinson;

Deposition Exhibit 13    Memo dated October 3, 2000 from Bruce Bussiere to Robinson;

Deposition Exhibit 14    State Police Incident Report, dated January 18, 2001 with attachments.

        DEFENDANT
        ROSETTA JONES

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
      Edward F. Osswalt
      Assistant Attorney General
      Federal Bar No. ct15252
      55 Elm Street, P.O. Box 120
      Hartford, CT 06141-0120
      Tel.: (860) 808-5340
      Fax: (860) 808-5383
      E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Index of Evidence in Support of Defendant's Motion for Summary Judgment was mailed first class, postage pre-paid, on this the 13th day of October, 2004 to the following:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

        _____
        Edward F. Osswalt
        Assistant Attorney General