UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPER ROBINSON | : | Case No. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| v. | : | Judge Christopher F. Droney |
| | : | |
| ROSETTA JONES | : | Notice of Manual Filing |
| | | |
| *Defendant* | : | October 13, 2004 |

     Please take notice that the Defendant, Rosetta Jones, has manually filed the following document or thing

     Exhibits in Support of Defendant's Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                                       Respectfully submitted,

                                                       /s/ _____
                                                       Edward F. Osswalt
                                                       Assistant Attorney General
                                                       55 Elm Street, P.O. Box 120
                                                       Hartford, CT  06141-0120
                                                       Phone: (860) 808-5340
                                                       Fax: (860) 808-5383
                                                       E-mail: Edward.Osswalt@po.state.ct.us
                                                       Federal Bar # ct15252