## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | November 9, 2004 |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSE TO PLAINTIFF'S OPPOSITION
## TO SUMMARY JUDGMENT

COMES NOW the defendant who requests an extension of time, until December 7, 2004 in which to file a response to the plaintiff's submission in resistance to summary judgment and her motion to strike certain exhibits. In support hereof, the defendant, through counsel, represents:

1.  The defendant's response is currently due on November 18, 2004.

2.  Defense counsel requests an extension of approximately two weeks in which to file responsive papers to plaintiff's opposition because of a current trial before the Commission on Human Rights and Opportunities Presiding Referee in the matter of *Dako-Smith vs. Department of Mental Health and Addiction Services*, that has occupied counsel's time since November 3, 2004. In addition, plaintiff's counsel has just noticed five depositions during the week of November 15, 2004 in a matter pending before the Hon. Ellen Bree Burns with a discovery deadline of November 30, 2004.

3.  This is the defendants' first request for an extension to file Reply papers to plaintiff's opposition to summary judgment.

4. The undersigned has conferred with plaintiff's counsel, John R. Williams, Esq., who has authorized the undersigned to represent that he has no objection to this request.

WHEREFORE, the defendant respectfully requests that the Court grant the extension of time to reply as described herein to and including December 7, 2004.

        DEFENDANT

        ROSETTA JONES

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Edward F. Osswalt
        Assistant Attorney General
        Federal Bar No. ct15252
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel.: (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendant's Motion For Extension of Time to File Response to Plaintiff's Opposition to Summary Judgment was mailed first class, postage pre-paid, on this 9th day of November, 2004 to the following:

John Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

_____
Edward F. Osswalt
Assistant Attorney General