UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
|    *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
|    *Defendant* | : | DECEMBER 8, 2004 |

**MOTION FOR ONE DAY EXTENSION OF TIME FROM DECEMBER 7, 2004 TO DECEMBER 8, 2004 TO FILE REPLY PAPERS TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT <u>NUNC PRO TUNC</u>.**

Comes now the defendant in the captioned matter and respectfully requests this Court to grant a one day extension of time <u>nunc pro tunc</u> from December 7, 2004 to December 8, 2004, to file the appended Reply Memorandum To Plaintiff's Opposition To Motion For Summary Judgment and Defendant's Motion To Strike With Supporting Memorandum. In support hereof the defendant respectfully represents:

1.      The undersigned counsel was delayed in drafting the defendant's Reply papers due to the unforeseen circumstance of his elderly aunt's hospitalization, surgery and convalescent home placement over the last three week period. The undersigned is his aunt's sole surviving relative and attorney in fact and healthcare agent.

2.      Inclement weather on Tuesday December 7, 2004 delayed finalization and final editing of the Reply papers.

3.      Counsel for the plaintiff, John R. Williams, Esq. has previously advised the undersigned "to take as much time as necessary" to file the Reply papers and accordingly, he has no objection to this request for a one day extension.

4. This is the defendant's second request for an extension to file Reply papers.

WHEREFORE, the defendant requests that the Court grant a one day extension of time Nunc Pro Tunc to file defendant's Reply Memorandum and Motion To Strike with Supporting Memorandum.

                    DEFENDANT

                    ROSETTA JONES

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:    _____
        Edward F. Osswalt
        Assistant Attorney General
        Federal Bar No. ct15252
        55 Elm Street, P.O. Box 120
        Hartford, CT 06141-0120
        Tel.: (860) 808-5340
        Fax: (860) 808-5383
        E-mail: Edward.Osswalt@po.state.ct.us

**CERTIFICATION**

I hereby certify that the foregoing **Motion for One Day Extension of Time from December 8, 2004 to December 8, 2004 to File Reply Papers to Plaintiff's Opposition to Summary Judgment <u>Nunc</u> <u>Pro</u> <u>Tunc</u>** was mailed first class, postage pre-paid, on this 7th day of December, 2004 to the following:

    John Williams, Esq.
    Williams & Pattis, LLC
    51 Elm Street, Suite 409
    New Haven, CT  06510
    Tel.: (203) 562-9931
    Fax: (203) 776-9494

    _____
    Edward F. Osswalt
    Assistant Attorney General