UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | DECEMBER 8, 2004 |

### DEFENDANT'S MOTION TO STRIKE CERTAIN EXHIBITS APPENDED TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT MEMORANDUM AND PARAGRAPHS OF PLAINTIFF'S RULE 56(a)2 STATEMENT

Comes now the defendant and moves this Court to strike Exhibits "A", "B" and "C" appended to plaintiff's opposition memorandum to defendant's motion for summary judgment memorandum for the reasons more particularly set forth in the accompanying Memorandum of Law in Support of Motion to Strike of even date herewith.

The defendant further moves to strike paragraphs 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 19 and 20 contained in plaintiff's "Statement of Material Facts" (Local Rule 56(a)2 Statement) for the reasons set forth in the accompanying memorandum.

WHEREFORE, the defendant requests that the above described exhibits and paragraphs contained in the Local Rule 56(a)2 statement be stricken.

                    DEFENDANT

                    ROSETTA JONES

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:        _____
                    Edward F. Osswalt
                    Assistant Attorney General
                    Federal Bar No. ct15252
                    55 Elm Street, P.O. Box 120
                    Hartford, CT 06141-0120
                    Tel.: (860) 808-5340
                    Fax: (860) 808-5383
                    E-mail: Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that the foregoing Defendant's Motion To Strike Certain Exhibits Appended to Plaintiff's Opposition to Summary Judgment Motion Memorandum and Paragraphs of Plaintiff's Rule 56(a)2 Statement was mailed first class, postage pre-paid, on this 8th day of December, 2004 to the following:

John Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

                    _____
                    Edward F. Osswalt
                    Assistant Attorney General