UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | |
| VS. | : | NO. 3:02CV1470(CFD) |
| ROSETTA JONES | : | DECEMBER 11, 2004 |

### BRIEF IN OPPOSITION TO MOTION TO STRIKE

On October 31, 2004, the plaintiff responded to the defendant's motion for summary judgment in this case. Now the defendant moves to strike portions of the plaintiff's sworn responses to that motion and three of his other exhibits, all on the ground that they are either unsworn (in the case of the three exhibits) or "conclusory" (in the case of the plaintiff's sworn responses). The motion must be denied.

Hearsay evidence, while not admissible in support of a motion for summary judgment, **is** sufficient to defeat a summary judgment motion so long as there is reason to believe that the evidence can be offered in an admissible form at trial. "[T]he nonmoving party [need not] produce evidence in a form that would be admissible at trial in order to avoid summary judgment." Celotex Corp. v. Catrett, 477 U.S. 317, 324 (1986). Cf., McMillan v. Experian, 170 F. Supp. 2d 278, 281 (D. Conn. 2001); McMillian v. Johnson, 88 F.3d 1573, 1584 (11th Cir.

1

1996); Williams v. Borough of West Chester, 891 F.2d 458 (3d Cir. 1990); Tetra Technologies, Inc. v. Harter, 823 F. Supp. 1116, 1120 (S.D.N.Y. 1993). "Evidence presented to defeat a summary judgment motion need not be in admissible form, but it must be admissible in content." Payne v. Pauley, 337 F.3d 767, 775 fn. 3 (7th Cir. 2003). "Affidavits submitted to defeat summary judgment must be admissible themselves or must contain evidence that will be presented in an admissible form at trial." Santos v. Murdock, 243 F.3d 681, 683 (2nd Cir. 2001).

    The defendant, who has the burden of justifying his motion to strike, has failed to show that the evidence presented is not obviously of the sort which could be presented in admissible form at trial and, further, has failed to show that the sworn evidence of the plaintiff is "merely conclusory" as he claims.

    The motion to strike must be denied.

                      Respectfully submitted:

                      _____
                      JOHN R. WILLIAMS (ct00215)
                      Williams and Pattis, LLC
                      51 Elm Street
                      New Haven, CT 06510
                      203.562.9931
                      Fax: 203.776.9494
                      E-Mail: jrw@johnrwilliams.com
                      Plaintiff's Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Edward F. Osswalt, Esq., Assistant Attorney General, P.O. Box 120, Hartford, CT 06141.

_____
JOHN R. WILLIAMS