UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV1470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES, | : | |
| *Defendant* | : | January 11, 2005 |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE PRE-TRIAL MEMORANDUM**

Comes now the defendant, through counsel, in the above-captioned matter and with the consent of the plaintiff's counsel respectfully requests an extension of time of sixty (60) days, if necessary, after the Court's ruling on defendants' motion for summary judgment to file the Joint Pre-Trial Memorandum. In support hereof the defendant respectfully represents:

1.  The Court on December 30, 2004 issued an Order (Doc. # 47) that the Joint Pre-Trial Memorandum was due on February 15, 2005.

2.  The Defendant's Motion for Summary Judgment and supporting papers (Doc. #s 31-34) was filed on or about October 13, 2004. The plaintiff filed his opposition papers on or about November 3, 2004 (Doc. #s 36-37) and the defendant through counsel filed a reply brief on December 8, 2004 (Doc. # 46).

3.  Defendant's motion for summary judgment remains pending.

4.  Pursuant to Local Rule 7(b), the undersigned caused plaintiff's counsel, John R. Williams, Esq., and he has no objection and joins in this motion that the deadline

for filing a Joint Trial Memorandum in the above-captioned matter be extended sixty (60) days, if necessary, after the Court rules on defendant's motion for summary judgment.

WHEREFORE, the parties jointly request an order extending the deadline for filing a Joint Pre-Trial Memorandum sixty (60) days after the Court rules on defendant's motion for summary judgment, if necessary.

                        DEFENDANT
                        ROSETTA JONES

                        RICHARD BLUMENTHAL
                        ATTORNEY GENERAL

BY: _____
       Edward F. Osswalt
       Assistant Attorney General
       Federal Bar No. ct15252
       55 Elm Street, P.O. Box 120
       Hartford, CT 06141-0120
       Tel.: (860) 808-5340
       Fax: (860) 808-5383
       E-mail: Edward.Osswalt@po.state.ct.us

**CERTIFICATION**

I hereby certify that the foregoing Joint Motion for Extension of Time to File Pre-Trial Memorandum was mailed first class, postage pre-paid, on this      day of January, 2005 to the following:

John Williams, Esq.
51 Elm Street, Suite 409
New Haven, CT  06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

_____
Edward F. Osswalt
Assistant Attorney General