UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV01470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES | : | |
| *Defendant* | : | June 29, 2005 |

**APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF CONNECTICUT:

Please enter my appearance as attorney for the defendants in the above-referenced matter.

Dated at Hartford, Connecticut this 29th day of June, 2005.

          DEFENDANT
          ROSETTA JONES

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL


     By: _____
        Margaret Q. Chapple
        Assistant Attorney General
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax:  (860) 808-5383
        Federal Bar No. ct05550
        Email:  Margaret.Chapple@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 29th of June, 2005, to the following:

John Williams, Esq.
Williams & Associates, LLC
51 Elm Street, Suite 409
New Haven, CT  06510
Tel.: (203) 562-9931
Fax: (203) 776-9494

                                                   _____
                                                   Margaret Q. Chapple
                                                 Assistant Attorney General