# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | CIVIL ACTION NO. 3:02CV01470(CFD) |
| *Plaintiff* | : | |
| | : | |
| v. | : | |
| | : | |
| ROSETTA JONES | : | |
| *Defendant* | : | June 29, 2005 |

## MOTION TO WITHDRAW APPEARANCE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

Assistant Attorney General Edward F. Osswalt respectfully requests leave of the Court to withdraw his appearance on behalf of the above defendant in the above-captioned matter. In support of this motion, counsel represents as follows: Assistant Attorney General Margaret A. Chapple will be filing an appearance on behalf of the defendant. Assistant Attorney General Osswalt will be retiring from the Office of the Attorney General as of July 1, 2005, and is transferring all of his cases to other attorneys in the employment rights department.

WHEREFORE, the undersigned respectfully requests that he be permitted to withdraw his appearance in this matter.

        DEFENDANT
        ROSETTA JONES

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Edward F. Osswalt
        Assistant Attorney General
        Federal Bar No. ct 15252
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5340
        Fax (860) 808-5383
        e-mail:  Edward.Osswalt@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion To Withdraw Appearance was mailed in accordance with Rule 5( b) of the Federal Rules of Civil Procedure on this 29th day of June, 2005 to:

    John Williams, Esq.
    Williams & Associates, LLC
    51 Elm Street, Suite 409
    New Haven, CT  06510
    Tel.: (203) 562-9931
    Fax: (203) 776-9494

and hand-delivered to:

    Margaret A. Chapple, Assistant Attorney General
    Office of the Attorney General
    55 Elm Street
    Hartford, CT 06106

        _____
        Edward F. Osswalt
        Assistant Attorney General