UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CHRISTOPHER ROBINSON | : | |
| v. | : | CASE NO. 3:02CV1470(CFD) |
| ROSETTA JONES | : | |

## JUDGMENT

This action having come on for consideration of the defendant's motion for summary judgment before the Honorable Christopher F. Droney, United States District Judge, and

The Court having considered the full record of the case including applicable principles of law, and having filed a Ruling on March 20, 2006 granting the motion, it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendant.

Dated at Hartford, Connecticut, this 20th day of March, 2006.

KEVIN F. ROWE, Clerk


By /s/ Devorah Johnson
   Devorah Johnson
   Deputy Clerk