UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER ROBINSON<br>*Plaintiff,* | : CIVIL NO. 3:02CV1470(CFD)<br>:<br>: |
| v. | :<br>: |
| ROSETTA JONES<br>*Defendant* | :<br>: April 25, 2006 |

## **MOTION FOR COSTS**

Defendant's motion for summary judgment was granted on March 20, 2006 (Doc. # 55). Judgment in this matter was entered on the same date. (Doc. # 56). Pursuant to the provisions of Rule 54(d) of the Federal Rules of Civil Procedure, and Rule 54(a) of the Local Rules of Civil Procedure, the defendant, who is the prevailing party in the above-captioned case, respectfully requests that

    a.    The court assess costs in this action in the amount of $ 888.75 consistent with the Bill of Costs and Certification attached to this motion as Exhibits A and B.

    b.    The $500.00 bond posted by the plaintiff (Docket Sheet entry, dated August 29, 2005) as security for costs in this action pursuant to Rule 83.3 of the Local Rules of the District of Connecticut be forfeited and paid over to the State of Connecticut, Attorney General's Office, as partial satisfaction of the costs assessed.

    c.    The Court issue an order forfeiting the $500 bond consistent with the request in sub-paragraph (b) above.

The actual amounts paid have, in applicable situations, been reduced to reflect the maximum allowable transcript rate, $3.75 per page, pursuant to Vol. VI, Chap. XX of the "Guide to Judiciary Policies and Procedures" and to omit any charges for shipping and handling.

DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Margaret Q. Chapple
Assistant Attorney General
Federal Bar No. ct05550
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail:
Margaret.Chapple@po.state.ct.us


**CERTIFICATION**

I hereby certify that on April 25, 2006 a copy of the foregoing Motion for Costs and Exhibits A and B was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Margaret Q. Chapple
Margaret Q. Chapple (# ct05550)
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Margaret.Chapple@po.state.ct.us

EXHIBIT A

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER ROBINSON<br>*Plaintiff,* | : CIVIL NO. 3:02CV1470(CFD) |
| v. | |
| ROSETTA JONES<br>*Defendant* | : April 25, 2006 |

## BILL OF COSTS

1. Fees of the Court Reporter ............................................ $ 888.75
    Deposition of Christopher Robinson, dated
    July 9, 2004 – invoice attached

       **TOTAL**                              **$ 888.75**



## Brandon Smith Reporting Service, LLC                                Invoice

44 Capitol Avenue  
Suite 203  
Hartford, CT 06106  
Phone: (860) 549-1850       Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, July 15, 2004 | 11556BL |

Edward F. Osswalt  
Attorney General  
110 Sherman Street  
Hartford, CT 06141-0120

Phone:     (860) 808-5340     Fax:     (860) 808-5384

**Witness:** Robinson, Christopher  
**Case:** Robinson vs Jones  
**Venue:**  
**Case #:** CA-02-220823-NH  
**Date:** 7/9/2004  
**Start Time:** 10:00 AM  
**End Time:** :0  
**Reporter:** Aretha Martin  
**Claim #:**  
**File #:**                                                                                 1447pr

| Description | Quan | Total |
|---|---|---|
| Attorney General - Appearance | 1 | $75.00 |
| Original and One - 4 day expedite | 217 | $1,074.15 |
|  | Sub Total | $1,149.15 |
|  | Payments | $0.00 |
|  | Balance Due | $1,149.15 |

APPROVED FOR PAYMENT

*[signature]*   7/16/04  
Edward F. Osswalt, AAG    Date

Fed. I.D. # 06-1448649  
We accept Visa, Mastercard and American Express!

EXHIBIT B

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| CHRISTOPHER ROBINSON<br>*Plaintiff,* | : CIVIL NO. 3:02CV1470(CFD)<br>:<br>: |
| v. | :<br>: |
| ROSETTA JONES<br>*Defendant* | :<br>: April 25, 2006 |

### CERTIFICATION

I, Margaret Q. Chapple, an Assistant Attorney General for the State of Connecticut, hereby certify that the foregoing costs were necessarily incurred in the defense of this matter, and that they accurately and completely reflect the costs spent by defendant in preparation of trial, preliminary injunction hearing and/or the motion for summary judgment filed in this case.

_____
Margaret Q. Chapple
Assistant Attorney General

Subscribed and sworn to before me by the above affiant on this the 24th day of April, 2006.

_____
Notary Public/~~Commissioner of the Superior Court~~

LEONARD AUSTER
NOTARY PUBLIC
MY COMMISSION EXPIRES JAN. 31, 2009

4